UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
   Jose G Escobar  
   Tara L Escobar  
         Debtor(s)

Case No. 13-28855

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/19/2013.

2) The plan was confirmed on 11/01/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/08/2014, 02/06/2015.

5) The case was dismissed on 02/20/2015.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $41,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,600.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,600.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,354.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $296.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,650.40** |
| Attorney fees paid and disclosed by debtor: | $1,146.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAS SERVICING CO | Secured | 41,562.41 | 4,709.35 | 4,709.35 | 4,709.35 | 0.00 |
| AMERICAS SERVICING CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 316.07 | 316.07 | 10.27 | 0.00 |
| AT&T WIRELESS | Unsecured | 1,295.00 | 613.77 | 613.77 | 19.97 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 221.00 | 287.53 | 287.53 | 9.35 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 549.00 | 828.05 | 828.05 | 26.94 | 0.00 |
| GROVE DENTAL/BOLINGBROOK | Unsecured | 1,165.20 | 1,447.00 | 1,447.00 | 47.07 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 274.00 | 274.66 | 274.66 | 8.94 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 138.55 | 138.55 | 4.51 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 951.55 | 951.55 | 30.96 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 863.00 | 622.47 | 622.47 | 20.25 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 754.00 | 654.36 | 654.36 | 21.29 | 0.00 |
| NATIONAL ACCOUNT SERVICES | Unsecured | 1,080.00 | 1,080.70 | 1,080.70 | 35.16 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 126.45 | 126.45 | 4.11 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 43.00 | 43.86 | 43.86 | 1.43 | 0.00 |
| STATE COLLECTION SERVICE/EMER | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS/VCA BOLINGBROOK | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT/COI | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SO/NAPERV | Unsecured | 1,485.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 4,376.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC/INPA | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS INC/SUR | Unsecured | 1,665.00 | NA | NA | 0.00 | 0.00 |
| OMNI MANAGEMENT & ASSET/JODI | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| OMNI MANAGEMENT & ASSET/BLAI | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS COMPANY/SKOKIE VAI | Unsecured | 1,360.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MEDICAL BUSINESS BUREAU LLC/D | Unsecured | 1,290.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO/EDV | Unsecured | 6,891.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO/ADV | Unsecured | 5,059.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO/BOI | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| METAINDIGO | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| HELLER AND FRISONE LTD/TCF NAT | Unsecured | 666.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE/M W | Unsecured | 3,595.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT/COMCAST C | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT/GEI | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE/CONTIN | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 662.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 367.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| ABILIY RECOVERY SERVICE/PENN F | Unsecured | 1,675.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN ACCOUNTS AD/US BANK | Unsecured | 1,334.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC/ILLINOIS | Unsecured | 13,625.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC/NAPERVILLE RADI | Unsecured | 2,961.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC/WINFIELD RADIOL | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 841.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK CREDIT SERV/CORTRUST | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| CLX SYSTEMS INC/MENARD ILLINOI | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,709.35 | $4,709.35 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,709.35** | **$4,709.35** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$7,385.02** | **$240.25** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $2,650.40 |
| Disbursements to Creditors | $4,949.60 |
| **TOTAL DISBURSEMENTS** : | **$7,600.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/22/2015            By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**